United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 96-4265

| | | |
|---|---|---|
| Gabriel Chehadeh; Chedco Development, Inc., a Minnesota corporation, | * * * * | |
| Plaintiffs, | * * | |
| v. | * * * | Appeal from the United States District Court for the District of Minnesota. |
| Roffe Containers, Inc., a dissolved Minnesota corporation; David Thomas, | * * * | [UNPUBLISHED] |
| Defendants-Appellees, | * * | |
| Jerry Aamot, | * * | |
| Defendant-Appellant, | * * | |
| George Corbey; Donald Scott; Aamot/Thomas Partnership, a Minnesota partnership, | * * * * | |
| Defendants-Appellees. | * * | |

_____

Submitted: November 20, 1997
Filed: December 12, 1997
_____

Before BEAM, HEANEY, and BRIGHT, Circuit Judges.
_____

PER CURIAM.

Jerry Aamot appeals from the district court's[1] order which compelled Aamot to transfer his entire interest in Roffe Container, Inc., (Roffe) to Roffe for $179,806.00, less the $40,000 in attorney fees and costs awarded Roffe; compelled Aamot to return all sums paid by Chedco Development, Inc., pursuant to a purported stock transfer agreement; and dismissed Aamot's remaining claims.

After carefully reviewing the record and the parties' submissions, we conclude that the district court did not err. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

ATTEST:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Jonathan Lebedoff, United States Magistrate Judge for the District of Minnesota, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).